15 mins in duration

**CRIMINAL CAUSE FOR SENTENCING**

BEFORE JUDGE IRIZARRY        DATE: 2/8/07            TIME: **10:30 a.m.**

06 -CR- 353 (DLI)            DEFT NUMBER: 1

DEFT NAME:        **CORY ROGERS, TRUE NAME: WILLIAM COSTA**

   **X** Present        ___ Not Present        ___ Custody        **X** Bail

DEFENSE COUNSEL:   **HEIDI CESARE FOR DEBORAH COLSON**

   **X** Present        ___ Not Present        ___ CJA    ___ RET.    **X** F.D.

**A.U.S.A.: DAVID BITKOWER**            CLERK: Christy Carosella

CR: **MICKEY BRYMER**                U.S.P.O.: **SHANNON SMITH**

**X**    CASE CALLED.        ___   SENTENCING ADJ'D TO _____.

**X**    SENTENCING HELD.   **X**   STATEMENTS OF DEFT & COUNSEL HEARD.

**X**    DEFT SENTENCED ON COUNT(S) __**ONE**__ OF THE Indictment.

SENTENCE TEXT: **30 MONTHS CAG; 3 YRS. SUPERVISED RELEASE W/ FOLL. SP. CONDS: PARTICIPATION IN DRUG TREATMENT AS DIRECTED BY PROBATION; CONTRIBUTE TO COSTS OF SERVICES RENDERED; FULL FINANCIAL DISCLOSURE TO PROBATION; ABSTAIN FROM ALL DRUGS (unless w/ valid dr. prescript.) AND ALCOHOL; RANDOM DRUG TESTING; FT/PT EDUCATION/VOCATIONAL TRAINING; FT/PT VERIFIABLE & LEGAL EMPLOYMENT; PROHIB. POSS. FIREARM, AMMUNITION, DESTRUCTIVE DEVICE; $100 SP. ASSESS.; NO FINE - I/A TO PAY.**

   **NO OPEN COUNTS; RIGHT TO APPEAL WAIVED IN PLEA AGREEMENT**

___ COURT ADVISED DEFT OF RIGHT TO APPEAL.   ___ I.F.P. GRANTED.

___ DEFT REMANDED. ___ DEFT ON BAIL PENDING APPEAL.

**X** SELF-SURRENDER TO EDNY MARSHALS BY **FEB. 22, 2007.**

OTHER:   **THE COURT RECOMMENDS THAT BUREAU OF PRISONS PROVIDE THE DEFENDANT WITH DRUG TREATMENT AND/OR COUNSELING DURING INCARCERATION.**